# Third District Court of Appeal

## State of Florida

Opinion filed April 19, 2023.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D22-1467
Lower Tribunal No. 22-2610
_____

**City of Miami Beach,**
Appellant,

vs.

**D.F.,**
Appellee.

An Appeal from a non-final order from the Circuit Court for Miami-Dade County, Barbara Areces, Judge.

Rafael A. Paz, City Attorney, and Henry J. Hunnefeld, First Assistant City Attorney, Freddi R. Mack, Senior Assistant City Attorney, and Benjamin Z. Braun, Assistant City Attorney, for appellant.

Blumenthal Legal Group, PLLC, and Leonard D. Blumenthal (Pompano Beach), and Mitchell & West, LLC, and Phillip J. Mitchell, Jr., for appellee.

Before FERNANDEZ, C.J., and HENDON and MILLER, JJ.

PER CURIAM.

Affirmed.